AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A().<br/>*Plaintiff(s)*<br/><br/>v.<br/><br/>CHARLIE JAVICE, et al.<br/>*Defendant(s)* | Civil Action No. 22-cv-01621-MN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OLIVIER AMAR
36 Cedar Lane
Sands Point, New York 11050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Walsh, Jr. (#2437); Michael A. Pittenger (#3212); Jonathan A. Choa (#5319)
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza
Wilmington, DE 19801
(302) 984-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

/s/ John A. Cerino

Date: 1/12/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-01621-MN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

C.A. No. 22-01621-MN

## DECLARATION OF SERVICE

Jonathan A. Choa declares as follows:

1.   I am an attorney admitted to practice before the Courts of the State of Delaware and this Court. I am a partner in the law firm of Potter Anderson & Corroon LLP, counsel for plaintiff herein.

2.   On January 12, 2023, Potter Anderson & Corroon LLP caused a copy of the Summons and Complaint to be served by Federal Express on Defendant Olivier Amar, pursuant to 10 *Del. C.* § 3104. The Summons and Complaint were received on January 13, 2023, as evidenced by the Federal Express Proof of Delivery attached hereto as Exhibit A.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| William M. Regan | By: */s/ Jonathan A. Choa* |
| Allison M. Wuertz | Peter J. Walsh, Jr. (#2437) |
| HOGAN LOVELLS US LLP | Michael A. Pittenger (#3212) |
| 390 Madison Avenue | Jonathan A. Choa (#5319) |
| New York, NY 10017 | Carla M. Jones (#6046) |
| (212) 918-3000 | Hercules Plaza |
|  | P.O. Box 951 |
|  | Wilmington, DE  19899 |
|  | (302) 984-6000 |
|  | mpittenger@potteranderson.com |
|  | pwalsh@potteranderson.com |
|  | jchoa@potteranderson.com |
|  | cjones@potteranderson.com |
| Dated:  January 13, 2023 | *Attorneys for JPMorgan Chase Bank, N.A.* |

2