# EXHIBIT A

January 13, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771021604035

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | O.AMAR | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | SANDS POINT, NY, |
| | | **Delivery date:** | Jan 13, 2023 13:06 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 771021604035 | **Ship Date:** | Jan 12, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| **Recipient:** | | **Shipper:** | |
|---|---|---|---|
| SANDS POINT, NY, US, | | Wilmington, DE, US, | |

| **Reference** | 22606.00001/JAC/BS |
|---|---|

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx

**From:** TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
**Sent:** Friday, January 13, 2023 1:14 PM
**To:** Ehret, Taylor E. <tehret@potteranderson.com>
**Subject:** [EXT] FedEx Shipment 771021604035: Your package has been delivered

** This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. **



# Hi. Your package was delivered Fri, 01/13/2023 at 1:06pm.



1

Delivered to 36 CEDAR LN, SANDS POINT, NY 11050
Received by O.AMAR

**OBTAIN PROOF OF DELIVERY**

| | |
|---:|---|
| **TRACKING NUMBER** | 771021604035 |
| **FROM** | POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>6th Floor<br>Wilmington, DE, US, 19801 |
| **TO** | OLIVIER AMAR<br>36 CEDAR LANE<br>SANDS POINT, NY, US, 11050 |
| **REFERENCE** | 22606.00001/JAC/BS |
| **SHIPPER REFERENCE** | 22606.00001/JAC/BS |
| **SHIP DATE** | Thu 1/12/2023 07:00 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Wilmington, DE, US, 19801 |
| **DESTINATION** | SANDS POINT, NY, US, 11050 |
| **SPECIAL HANDLING** | Deliver Weekday<br>Residential Delivery<br>ASR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |