# EXHIBIT A

January 13, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771021492620

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Apartment Office |
| **Signed for by:** | M.WAGON | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | MIAMI BEACH, FL, |
| | | **Delivery date:** | Jan 13, 2023 13:25 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771021492620 | **Ship Date:** | Jan 12, 2023 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**  
MIAMI BEACH, FL, US,

**Shipper:**  
Wilmington, DE, US,

**Reference**          22606.00001/JAC/BS

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx

| | |
|---|---|
| **From:** | Ehret, Taylor E. |
| **Sent:** | Friday, January 13, 2023 3:01 PM |
| **To:** | Choa, Jonathan A. |
| **Subject:** | FW: [EXT] FedEx Shipment 771021492620: Your package has been delivered |



Taylor E. Ehret | Clerk
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
T +1 302.984.6118 | F +1 302.658.1192
tehret@potteranderson.com | potteranderson.com

**From:** TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
**Sent:** Friday, January 13, 2023 1:37 PM
**To:** Ehret, Taylor E. <tehret@potteranderson.com>
**Subject:** [EXT] FedEx Shipment 771021492620: Your package has been delivered

**\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***



# Hi. Your package was delivered Fri, 01/13/2023 at 1:25pm.



Delivered to 400 ALTON RD, MIAMI BEACH, FL 33139
Received by M.WAGON

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 771021492620 |
| **FROM** | POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>6th Floor<br>Wilmington, DE, US, 19801 |
| **TO** | CHARLIE JAVICE<br>400 ALTON ROAD<br>#2010<br>MIAMI BEACH, FL, US, 33139 |
| **REFERENCE** | 22606.00001/JAC/BS |
| **SHIPPER REFERENCE** | 22606.00001/JAC/BS |
| **SHIP DATE** | Thu 1/12/2023 08:25 PM |
| **DELIVERED TO** | Apartment Office |
| **PACKAGING TYPE** | FedEx Pak |
| **ORIGIN** | Wilmington, DE, US, 19801 |
| **DESTINATION** | MIAMI BEACH, FL, US, 33139 |
| **SPECIAL HANDLING** | Deliver Weekday<br>Residential Delivery<br>ASR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |