### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., </br></br> Plaintiff, </br></br> v. </br></br> CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, </br></br> Defendants. | C.A. No. 22-cv-01621-MN |

### **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME**

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for Defendant Olivier Amar to answer, move or otherwise respond to the Complaint is extended until March 1, 2023.

1

| KOBRE & KIM LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Jacob R. Kirkham* | */s/ Michael A. Pittenger* |
| Jacob R. Kirkham (# 5768) | Michael A. Pittenger (# 3212) |
| 600 North King Street, Suite 501 | Peter J. Walsh, Jr. (# 2437) |
| Wilmington, Delaware 19801 | Jonathan A. Choa (# 5319) |
| Telephone: (302) 518-6460 | Carla M. Jones (# 6046) |
| Jacob.Kirkham@kobrekim.com | Hercules Plaza |
|  | P.O. Box 951 |
| *Attorney for Olivier Amar* | Wilmington, Delaware 19899 |
|  | Telephone: (302) 984-6000 |
|  | mpittenger@potteranderson.com |
|  | pwalsh@potteranderson.com |
|  | jchoa@potteranderson.com |
|  | cjones@potteranderson.com |
|  |  |
|  | OF COUNSEL |
|  |  |
|  | William M. Regan |
|  | Allison M. Wuertz |
|  | HOGAN LOVELLS US LLP |
|  | 390 Madison Avenue |
|  | New York, NY 10017 |
|  | (212) 918-3000 |
|  |  |
|  | *Attorneys for JPMorgan Chase Bank, N.A.* |

Dated: February 2, 2023

SO ORDERED, this _____ day of _____, 2023.

_____
HON. MARYELLEN NOREIKA
United States District Judge