IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-01621-MN |
| ) | |
| CHARLIE JAVICE, OLIVIER AMAR, ) | |
| CHARLIE JAVICE, in her capacity as Trustee ) | |
| of CHARLIE JAVICE 2021 IRREVOCABLE ) | |
| TRUST #1, CHARLIE JAVICE, in her capacity as ) | |
| Trustee of CHARLIE JAVICE 2021 ) | |
| IRREVOCABLE TRUST #2, and CHARLIE ) | |
| JAVICE in her capacity as Trustee of CHARLIE ) | |
| JAVICE 2021 IRREVOCABLE TRUST #3, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Barlow of Abrams & Bayliss LLP hereby enters his appearance in the above-captioned action on behalf of defendant / counterclaim-plaintiff Charlie Javice. This Entry of Appearance is made without prejudice to any motion, objection, argument, or defense of the aforementioned.

      /s/ Michael A. Barlow
Michael A. Barlow (#3928)
Samuel D. Cordle (#6717)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
barlow@abramsbayliss.com
cordle@abramsbayliss.com

*Attorneys for Defendant / Counterclaim Plaintiff Charlie Javice*

Dated: February 27, 2023