IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, <br><br> Defendants. | C.A. No. 1:22-cv-01621-MN |

## AVERMENT PURSUANT TO D. DEL. LR 7.1.1

I, Jacob R. Kirkham, hereby aver that I made a reasonable effort to reach agreement with counsel for the other parties as to Defendant Olivier Amar's Motion to Seal Exhibit 1 to his Opening Brief in Support of his Motion to Dismiss Plaintiff's Complaint. Counsel for Plaintiff or the other Defendants DO NOT oppose the Motion to Seal Exhibit 1.

Respectfully Submitted,

**KOBRE & KIM LLP**

Dated: February 28, 2023

*/s/ Jacob R. Kirkham*
Jacob R. Kirkham (# 5768)
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 518-6460
Facsimile: (302) 518-6461

*Attorney for Olivier Amar*