IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3,<br><br>Defendants. | C.A. No. 1:22-cv-01621-MN |

## DEFENDANT OLIVIER AMAR'S MOTION TO DISMISS

Defendant Olivier Amar hereby moves for dismissal of the Complaint filed by Plaintiff JPMorgan Chase Bank, N.A. on December 22, 2022, under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. The grounds in support of this motion are set forth in Defendant Olivier Amar's Opening Brief in Support of his Motion to Dismiss, filed contemporaneously herewith.

Respectfully Submitted,

|  |  |
|---|---|
|  | **KOBRE & KIM LLP** |
| Dated:  March 1, 2023 | */s/ Jacob R. Kirkham* |
|  | Jacob R. Kirkham (# 5768) |
|  | 600 North King Street, Suite 501 |
|  | Wilmington, Delaware 19801 |
|  | Telephone: (302) 518-6460 |
|  | Facsimile: (302) 518-6461 |
|  | Jacob.Kirkham@kobrekim.com |
|  |  |
|  | Steven G. Kobre (appearance *pro hac vice* forthcoming) |
|  | Sean S. Buckley (appearance *pro hac vice* forthcoming) |
|  | 800 Third Ave |
|  | New York, New York 10022 |
|  | Telephone: (212) 488-1200 |
|  | Facsimile: (212) 488-1220 |
|  | Steven.Kobre@kobrekim.com |
|  | Sean.Buckley@kobrekim.com |