# EXHIBIT 1

## Redacted in Full