IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHARLIE JAVICE, OLIVIER AMAR, ) | |
| CHARLIE JAVICE, in her capacity as Trustee ) | |
| of CHARLIE JAVICE 2021 IRREVOCABLE ) | C.A. No. 22-01621-MN |
| TRUST #1, CHARLIE JAVICE, in her ) | |
| capacity as Trustee of CHARLIE JAVICE ) | |
| 2021 IRREVOCABLE TRUST #2, and ) | |
| CHARLIE JAVICE in her capacity as Trustee ) | |
| of CHARLIE JAVICE 2021 IRREVOCABLE ) | |
| TRUST #3, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the time for Plaintiff JPMorgan Chase Bank, N.A. ("Plaintiff") to respond to Defendant Olivier Amar's ("Defendant") Motion to Dismiss (D.I. 14) is extended through and including March 29, 2023. The deadline for Defendant's Reply Brief is extended through and including April 12, 2023.

Dated: March 10, 2023

| POTTER ANDERSON & CORROON LLP | KOBRE & KIM LLP |
|---|---|
| By: */s/ Jonathan A. Choa*<br>    Peter J. Walsh, Jr. (#2437)<br>    Michael A. Pittenger (#3212)<br>    Jonathan A. Choa (#5319)<br>    Carla M. Jones (#6046)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    mpittenger@potteranderson.com<br>    pwalsh@potteranderson.com<br>    jchoa@potteranderson.com<br>    cjones@potteranderson.com<br><br>OF COUNSEL:<br><br>William M. Regan<br>Allison M. Wuertz<br>HOGAN LOVELLS US LLP<br>390 Madison Avenue<br>New York, NY 10017<br>(212) 918-3000<br><br>*Attorneys for Plaintiff*<br>*JPMorgan Chase Bank, N.A.* | By: */s/ Jacob R. Kirkman*<br>    Jacob R. Kirkham (# 5768)<br>    600 North King Street, Suite 501<br>    Wilmington, Delaware 19801<br>    (302) 518-6460<br>    Jacob.Kirkham@kobrekim.com<br><br>OF COUNSEL:<br><br>Steven G. Kobre<br>Sean S. Buckley<br>800 Third Ave<br>New York, New York 10022<br>(212) 488-1200<br><br>*Attorneys for Defendant Olivier Amar* |

SO ORDERED this_____day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE