# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLIE JAVICE, OLIVIER AMAR, ) <br> CHARLIE JAVICE, in her capacity as Trustee ) <br> of CHARLIE JAVICE 2021 IRREVOCABLE ) <br> TRUST #1, CHARLIE JAVICE, in her capacity as ) <br> Trustee of CHARLIE JAVICE 2021 ) <br> IRREVOCABLE TRUST #2, and CHARLIE ) <br> JAVICE in her capacity as Trustee of CHARLIE ) <br> JAVICE 2021 IRREVOCABLE TRUST #3, ) <br> ) <br> Defendants. ) | Case No. 1:22-cv-01621-MN |

### STPULATION AND [PROPOSED] ORDER TO EXTEND TIME
### FOR BRIEFING ON PLAINTIFF'S MOTION TO DISMISS AND
### COMPEL ARBITRATION OF CHARLIE JAVICE'S COUNTERCLAIMS, OR
### ALTERNATIVELY, TO STAY COUNTERCLAIMS IN FAVOR OF ARBITRATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the time for Defendant Charlie Javice to respond to Plaintiff JPMorgan Chase Bank, N.A.'s ("Plaintiff") Motion to Dismiss and Compel Arbitration of Charlie Javice's Counterclaims, or Alternatively, to Stay Counterclaims in Favor of Arbitration (the "Motion," D.I. 23) is extended through and including April 17, 2023.  The deadline for Plaintiff's reply, if any, in further support of the Motion is extended through and including May 1, 2023.

DATED:  March 22, 2023.

<table>
<tr><td>

OF COUNSEL:

Alex Spiro
Maaren A. Shah
JP Kernisan
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

</td><td>

 /s/ Michael A. Barlow
Michael A. Barlow (#3928)
Samuel D. Cordle (#6717)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
barlow@abramsbayliss.com
cordle@abramsbayliss.com

*Attorneys for Defendant / Counterclaim Plaintiff Charlie Javice*

</td></tr>
<tr><td>

OF COUNSEL:

Tibor L. Nagy, Jr.
Tracy O. Appleton
Jason A. Kolbe
DONTZIN NAGY & FLEISSIG LLP
980 Madison Avenue
New York, New York 10075
(212) 717-2900

William M. Regan
Allison M. Wuertz
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
(212) 918-3000

</td><td>

 /s/ Jonathan A. Choa
Peter J. Walsh, Jr. (#2437)
Michael A. Pittenger (#3212)
Jonathan A. Choa (#5319)
Carla M. Jones (#6046)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
mpittenger@potteranderson.com
pwalsh@potteranderson.com
jchoa@potteranderson.com
cjones@potteranderson.com

*Attorneys for Plaintiff / Counterclaim Defendant JPMorgan Chase Bank, N.A.*

</td></tr>
</table>

SO ORDERED this __ day of March, 2023

_____
UNITED STATES DISTRICT JUDGE