# KOBRE & KIM

600 North King Street, Suite 501
Wilmington, Delaware 19801
www.kobrekim.com
Tel +1 302 518 6460

April 12, 2023

**BY CM/ECF & HAND DELIVERY**
Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

    Re:    *JPMorgan Chase Bank, N.A. v. Javice et al*, **(Case No. 1:22-cv-01621-MN)**

Dear Judge Noreika:

    Pursuant to District of Delaware Local Rule 7.1.4, Defendant Olivier Amar respectfully requests oral argument on his Motion to Dismiss for Failure to State a Claim (the "Motion to Dismiss"). D.I. 14.

    Mr. Amar believes that oral argument will be helpful, particularly in light of the seven fraud counts and complex facts in this case. Briefing on the Motion to Dismiss is complete.

    Counsel are available should the Court have any questions.

Americas (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
APAC (Hong Kong, Seoul, Shanghai), Caribbean (BVI, Cayman Islands), EMEA (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Honorable Maryellen Noreika
April 12, 2023
Page 2

                                                        Respectfully Submitted,

                                                        */s/ Jacob R. Kirkham*
                                                        Jacob R. Kirkham (# 5768)
                                                        600 North King Street, Suite 501
                                                        Wilmington, Delaware 19801
                                                        Telephone: (302) 518-6460
                                                        Facsimile: (302) 518-6461
                                                        Jacob.Kirkham@kobrekim.com

                                                        Steven G. Kobre (appearance *pro hac vice*)
                                                        Sean S. Buckley (appearance *pro hac vice*)
                                                        800 Third Ave
                                                        New York, New York 10022
                                                        Telephone: (212) 488-1200
                                                        Facsimile: (212) 488-1220
                                                        Steven.Kobre@kobrekim.com
                                                        Sean.Buckley@kobrekim.com

                                                        *Attorneys for Defendant Olivier Amar*

cc:    Clerk of Court (by CM/ECF & Hand Delivery)
        All Counsel of Record (by CM/ECF)