# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-01621-MN ) |
| CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## REQUEST FOR ORAL ARGUMENT PURSUANT TO D. DEL. L.R. 7.1.4

Pursuant to District of Delaware Local Rule 7.1.4, Defendant / Counterclaim Plaintiff Charlie Javice respectfully requests oral argument on Plaintiff / Counterclaim Defendant JPMC's Motion to Dismiss and Compel Arbitration of Charlie Javice's Counterclaims, or Alternatively to Stay Counterclaims in Favor of Arbitration (the "Motion"). D.I. 23. Briefing on the Motion will be complete on May 1, 2023. D.I. 24, 34.

OF COUNSEL:

Alex Spiro
Maaren A. Shah
JP Kernisan
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
alexspiro@quinnemanuel.com
maarenshah@quinnemanuel.com
jpkernisan@quinnemanuel.com

DATED: April 17, 2023

 /s/ Michael A. Barlow
Michael A. Barlow (#3928)
Samuel D. Cordle (#6717)
ABRAMS & BAYLISS LLP
20 Montchanin Drive, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
barlow@abramsbayliss.com
cordle@abramsbayliss.com

*Attorneys for Defendant / Counterclaim Plaintiff Charlie Javice*