# EXHIBIT A

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

CHARIOT HOLDINGS I LLC

**Entity Number:**

E26291582022-1

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

09/21/2022

**NV Business ID:**

NV20222575437

**Termination Date:**

Perpetual

**Annual Report Due Date:**

9/30/2023

**Series LLC:**

☐

**Restricted LLC:**

☐

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

VCORP SERVICES, LLC

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEW YORK

**Street Address:**

701 S. CARSON STREET, SUITE 200, Carson City, NV, 89701, USA

**Mailing Address:**

**Individual with Authority to Act:**

Miriam Katz, Assistant Secretary

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | Charlie Javice | 280 Northern Blvd, Great Neck, NY, 11021, USA | 09/21/2022 | Active |
| Manager | Jeremy Kirschner | 280 Northern Blvd, Great Neck, NY, 11021, USA | 09/21/2022 | Active |

Page 1 of 1, records 1 to 2 of 2

Filing History    Name History    Mergers/Conversions

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

CHARIOT HOLDINGS II LLC

**Entity Number:**

E26294892022-6

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

09/21/2022

**NV Business ID:**

NV20222575577

**Termination Date:**

Perpetual

**Annual Report Due Date:**

9/30/2023

**Series LLC:**

☐

**Restricted LLC:**

☐

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

VCORP SERVICES, LLC

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEW YORK

**Street Address:**

701 S. CARSON STREET, SUITE 200, Carson City, NV, 89701, USA

**Mailing Address:**

**Individual with Authority to Act:**

Miriam Katz, Assistant Secretary

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | Charlie Javice | 11 Grace Ave., Suite 404, Great Neck, NY, 11021, USA | 09/21/2022 | Active |
| Manager | Robert Dienstag | 11 Grace Ave., Suite 404, Great Neck, NY, 11021, USA | 09/21/2022 | Active |

Page 1 of 1, records 1 to 2 of 2

Filing History    Name History    Mergers/Conversions

Return to Search		Return to Results

Case 1:22-cv-01621-JDW   Document 36-1   Filed 04/21/23   Page 7 of 10 PageID #: 635

Return to Search		Return to Results

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

CHARIOT HOLDINGS X LLC

**Entity Number:**

E26295602022-2

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

09/21/2022

**NV Business ID:**

NV20222575618

**Termination Date:**

Perpetual

**Annual Report Due Date:**

9/30/2023

**Series LLC:**

☐

**Restricted LLC:**

☐

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

VCORP SERVICES, LLC

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEW YORK

**Street Address:**

701 S. CARSON STREET, SUITE 200, Carson City, NV, 89701, USA

**Mailing Address:**

**Individual with Authority to Act:**

Miriam Katz, Assistant Secretary

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | Charlie Javice | 280 Northern Blvd, Great Neck, NY, 11021, USA | 09/21/2022 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results