IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01621-MN |
| | ) |
| CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CHARLIE JAVICE'S MOTION TO PARTIALLY LIFT
THE PSLRA DISCOVERY STAY TO PERMIT DOCUMENT DISCOVERY**

Defendant and Counterclaim Plaintiff Charlie Javice hereby moves this Court to partially lift the Private Securities Litigation Reform Act of 1995 ("PSLRA") discovery stay that became effective upon Defendant Olivier Amar's motion to dismiss the complaint in this action, filed on March 1, 2023 (D.I. 14).

The grounds for this motion are set forth more fully in Ms. Javice's Opening Brief in Support of Her Motion to Partially Lift the PSLRA Discovery Stay to Permit Document Discovery, filed contemporaneously herewith.

<table>
<tr><td>

OF COUNSEL:

Alex Spiro
Maaren A. Shah
JP Kernisan
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
alexspiro@quinnemanuel.com
maarenshah@quinnemanuel.com
jpkernisan@quinnemanuel.com

Dated: June 1, 2023

</td><td>

  /s/ Michael A. Barlow
Michael A. Barlow (#3928)
Samuel D. Cordle (#6717)
ABRAMS & BAYLISS LLP
20 Montchanin Drive, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
barlow@abramsbayliss.com
cordle@abramsbayliss.com

*Attorneys for Defendant / Counterclaim Plaintiff Charlie Javice*

</td></tr>
</table>