IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, <br><br> Defendants. | Case No. 1:22-cv-01621-MN |

**[PROPOSED] ORDER GRANTING DEFENDANT
CHARLIE JAVICE'S MOTION TO PARTIALLY LIFT
THE PSLRA DISCOVERY STAY TO PERMIT DOCUMENT DISCOVERY**

Defendant and Counterclaim Plaintiff Charlie Javice, having filed a motion to partially lift the Private Securities Litigation Reform Act of 1995 ("PSLRA") discovery stay (the "Motion"), and the Court having duly considered the Motion,

IT IS HEREBY ORDERED this _____ day of _____, 2023 that:

1. The Motion is GRANTED.

2. The PSLRA discovery stay is PARTIALLY LIFTED.

3. The parties may engage in discovery solely for the production of documents and tangible things, pursuant to Federal Rules of Civil Procedure 26 and 34 and, as applied to nonparties, pursuant to Federal Rule of Civil Procedure 45. The PSLRA discovery stay shall remain in effect in all other respects, subject to further order of this Court after conferring with the parties to this action.

                                                                                                                                   _____

                                                                                                                                   The Honorable Maryellen Noreika