IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLIE JAVICE, OLIVIER AMAR, ) <br> CHARLIE JAVICE, in her capacity as Trustee ) <br> of CHARLIE JAVICE 2021 IRREVOCABLE ) <br> TRUST #1, CHARLIE JAVICE, in her capacity as ) <br> Trustee of CHARLIE JAVICE 2021 ) <br> IRREVOCABLE TRUST #2, and CHARLIE ) <br> JAVICE in her capacity as Trustee of CHARLIE ) <br> JAVICE 2021 IRREVOCABLE TRUST #3, ) <br> ) <br> Defendants. ) | Case No. 1:22-cv-01621-MN |

## CERTIFICATION UNDER LOCAL RULE 7.1.1

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Delaware counsel for Defendant Charlie Javice has sought the agreement of Plaintiff's counsel regarding the matters set forth in the Motion, including multiple emails and a telephone call between the undersigned and Delaware counsel to Plaintiff. Plaintiff's counsel confirmed via email on May 26 that Plaintiff would take no position on a motion to lift the PSLRA stay filed by Ms. Javice.

Ms. Javice's counsel also sought the agreement of Defendant Mr. Amar's counsel regarding the matters set forth in the Motion. Mr. Amar's Delaware counsel indicated via telephone conference that Mr. Amar consents to the relief requested in this Motion and, if granted, that Mr. Amar intends to participate in document discovery in accordance with Federal Rules of Civil Procedure 26, 34 and 45.

2

           */s/ Michael A. Barlow*
          Michael A. Barlow (#3928)
          ABRAMS & BAYLISS LLP
          20 Montchanin Drive, Suite 200
          Wilmington, Delaware 19807
          (302) 778-1000
          barlow@abramsbayliss.com

          *Attorney for Defendant / Counterclaim Plaintiff Charlie Javice*