# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-01621-JDW |
| CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## **REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.4**

Pursuant to Rule 7.1.4 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Defendant Charlie Javice respectfully requests oral argument on her Motion to Partially Lift the PSLRA Discovery Stay to Permit Document Discovery (the "Motion"). D.I. 41. Briefing on the Motion was completed on June 22, 2023. D.I. 43, 47, 51.

| | |
|---|---|
| OF COUNSEL:<br><br>Alex Spiro<br>Maaren A. Shah<br>JP Kernisan<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>alexspiro@quinnemanuel.com<br>maarenshah@quinnemanuel.com<br>jpkernisan@quinnemanuel.com<br><br>Dated: June 22, 2023 | /s/ *Michael A. Barlow*<br>Michael A. Barlow (#3928)<br>Samuel D. Cordle (#6717)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Drive, Suite 200<br>Wilmington, Delaware 19807<br>(302) 778-1000<br>barlow@abramsbayliss.com<br>cordle@abramsbayliss.com<br><br>*Attorneys for Defendant / Counterclaim Plaintiff Charlie Javice* |