IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3,<br><br>Defendants. | C.A. No. 1:22-cv-01621-JDW |

**REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.4**

Pursuant to Rule 7.1.4 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Defendant Olivier Amar respectfully requests oral argument on his Motion to Partially Lift the PSLRA Discovery Stay to Permit Document Discovery and To Join in Defendant Javice's Motion seeking the same relief (the "Motion"). D.I. 44. Briefing on the Motion was completed on June 22, 2023. D.I. 44, 47, 53.

| | |
|---|---|
| Date: June 28, 2023 | */s/ Jacob R. Kirkham* |
| | **KOBRE & KIM LLP** |
| | Jacob R. Kirkham (#5768) |
| | 600 North King Street, Suite 501 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 518-6460 |
| | Facsimile: (302) 518-6461 |
| | Jacob.Kirkahm@kobrekim.com |
| | |
| | Steven G. Kobre (appearance *pro hac vice*) |
| | Sean S. Buckley (appearance *pro hac vice*) |
| | Alexandria E. Swette (appearance *pro hac vice*) |
| | 800 Third Avenue |
| | New York, NY 10022 |
| | Telephone: (212) 488-1200 |
| | Facsimile: (212) 488-1220 |
| | Steven.Kobre@kobrekim.com |
| | Sean.Buckley@kobrekim.com |
| | Alexandria.Swette@kobrekim.com |
| | |
| | *Attorneys for Defendant Olivier Amar* |