IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.,**  *Plaintiff,*  v.  **CHARLIE JAVICE, et al.**  *Defendants.* | Case No. 1:22-cv-01621-JDW |

## ORDER

**AND NOW**, this 10th day of July, 2023, upon consideration of Plainiff Counterclaim-Defendant JPMorgan Chase Bank N.A.'s ("JPMC") Motion To Dismiss And Compel Arbitration Of Charlie Javice's Counterclaims (D.I. 23), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Motion To Dismiss And Compel Arbitration is **GRANTED IN PART** and **DENIED IN PART**;

2. Ms. Javice's First, Second, Fourth, and Sixth Counterclaims are **DISMISSED**;

3. Ms. Javice's Third and Fifth Counterclaims are **STAYED** pending an arbitrator's decision on whether they are subject to arbitration;

4. If Ms. Javice intends to pursue the Third and Fifth Counterclaims, she must initiate an arbitration on or before September 8, 2023; and

5. The Parties shall notify me within 30 days after the arbitrator issues a final decision in any arbitration.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.