IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.,**  *Plaintiff,*  v.  **CHARLIE JAVICE, et al.**  *Defendants.* | Case No. 1:22-cv-01621-JDW |

## ORDER

**AND NOW**, this 13th day of July, 2023, upon consideration of Defendant Olivier Amar's Motion To Dismiss For Failure To State A Claim (D.I. 14), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that Plaintiff JPMorgan Chase Bank, N.A.'s Motion To Partially Lift The PSLRA Discovery Stay (D.I. 28), and Defendant Charlie Javice's Motion To Partially Lift The PSLRA Discovery Stay (D.I. 41) are **DENIED AS MOOT**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.