## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLIE JAVICE, OLIVIER AMAR, ) <br> CHARLIE JAVICE, in her capacity as Trustee ) <br> of CHARLIE JAVICE 2021 IRREVOCABLE ) <br> TRUST #1, CHARLIE JAVICE, in her capacity as ) <br> Trustee of CHARLIE JAVICE 2021 ) <br> IRREVOCABLE TRUST #2, and CHARLIE ) <br> JAVICE in her capacity as Trustee of CHARLIE ) <br> JAVICE 2021 IRREVOCABLE TRUST #3, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:22-cv-01621-JDW |

## NOTICE OF SERVICE

I hereby certify that on August 8, 2023, my firm caused *Defendant Charlie Javice's First Set of Requests to JPMorgan Chase Bank, N.A. for Production of Documents (Nos. 1-48)* to be served on the following counsel of record by email:

Peter J. Walsh, Jr., Esq.
Michael A. Pittenger, Esq.
Jonathan A. Choa, Esq.
Carla M. Jones, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
pwalsh@potteranderson.com
mpittenger@potteranderson.com
jchoa@potteranderson.com
cjones@potteranderson.com

William M. Regan, Esq.
Allison M. Weurtz, Esq.
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
william.regan@hoganlovells.com
allison.wuertz@hotanlovells.com

I further certify that on August 8, 2023, my firm caused this *Notice of Service* to be served via CM/ECF upon all counsel of record.

| | |
|---|---|
| OF COUNSEL:<br><br>Alex Spiro (appearance *pro hac vice*)<br>Maaren A. Shah (appearance *pro hac vice*)<br>JP Kernisan (appearance *pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>alexspiro@quinnemanuel.com<br>maarenshah@quinnemanuel.com<br>jpkernisan@quinnemanuel.com<br><br>Dated: August 8, 2023 |   /s/ *Michael A. Barlow*<br>Michael A. Barlow (#3928)<br>Samuel D. Cordle (#6717)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Drive, Suite 200<br>Wilmington, Delaware 19807<br>(302) 778-1000<br>barlow@abramsbayliss.com<br>cordle@abramsbayliss.com<br><br>*Attorneys for Defendant / Counterclaim Plaintiff Charlie Javice* |