**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01621-JDW |
| | ) |
| CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## **REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.4**

Pursuant to Rule 7.1.4 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Defendants respectfully request oral argument on the Government's Motion to Intervene and Stay Discovery (the "Motion"). D.I. 60. Briefing on the Motion was completed on August 17, 2023. D.I. 60, 63–66.

| | |
|---|---|
| */s/ Michael A. Barlow*<br>Michael A. Barlow (#3928)<br>Samuel D. Cordle (#6717)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Drive, Suite 200<br>Wilmington, Delaware 19807<br>(302) 778-1000<br>barlow@abramsbayliss.com<br>cordle@abramsbayliss.com<br><br>OF COUNSEL:<br>Alex Spiro<br>Maaren A. Shah<br>JP Kernisan<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>alexspiro@quinnemanuel.com<br>maarenshah@quinnemanuel.com<br>jpkernisan@quinnemanuel.com<br><br>*Attorneys for Defendant / Counterclaim Plaintiff Charlie Javice* | */s/ Jacob R. Kirkham*<br>Jacob R. Kirkham (#5768)<br>KOBRE & KIM LLP<br>600 North King Street, Suite 501<br>Wilmington, Delaware 19801<br>Telephone: (302) 518-6460<br>Facsimile: (302) 518-6461<br>Jacob.Kirkham@kobrekim.com<br><br>Steven G. Kobre (appearance *pro hac vice*)<br>Sean S. Buckley (appearance *pro hac vice*)<br>Alexandria E. Swette (appearance *pro hac vice*)<br>Genna L. Sinel (appearance *pro hac vice* forthcoming)<br>KOBRE & KIM LLP<br>800 Third Ave<br>New York, New York 10022<br>Telephone: (212) 488-1200<br>Facsimile: (212) 488-1220<br>Steven.Kobre@kobrekim.com<br>Sean.Buckley@kobrekim.com<br>Alexandria.Swette@kobrekim.com<br>Genna.Sinel@kobrekim.com<br><br>Sydney Sgambato Johnson (appearance *pro hac vice* forthcoming)<br>KOBRE & KIM LLP<br>1919 M Street, NW<br>Washington, DC 20036<br>Telephone: (202) 664-1900<br>Facsimile: (202) 664-1920<br>Sydney.Johnson@kobrekim.com<br><br>*Attorneys for Defendant Olivier Amar* |