**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01621-JDW |
| | ) |
| CHARLIE JAVICE, OLIVIER AMAR, | ) |
| CHARLIE JAVICE, in her capacity as Trustee | ) |
| of CHARLIE JAVICE 2021 IRREVOCABLE | ) |
| TRUST #1, CHARLIE JAVICE, in her capacity as | ) |
| Trustee of CHARLIE JAVICE 2021 | ) |
| IRREVOCABLE TRUST #2, and CHARLIE | ) |
| JAVICE in her capacity as Trustee of CHARLIE | ) |
| JAVICE 2021 IRREVOCABLE TRUST #3, | ) |
| | ) |
| Defendants. | ) |

**STPULATION AND  ORDER STAYING PLAINTIFF'S DEADLINE**
**TO INITIATE ARBITRATION PURSUANT TO THE JULY 10, 2023 ORDER**

WHEREAS, on December 22, 2022, Plaintiff/Counterclaim Defendant JPMorgan Chase Bank, N.A. ("JPMC") filed its complaint (the "Complaint," D.I. 1) in the above-captioned action;

WHEREAS, on February 27, 2023, Defendant/Counterclaim-Plaintiff Charlie Javice ("Ms. Javice") filed her Answer, Defenses, and Counterclaims to the Complaint (D.I. 10);

WHEREAS, on March 3, 2023, JPMC filed a Motion to Dismiss and Compel Arbitration of Ms. Javice's Counterclaims, or Alternatively to Stay Counterclaims in Favor of Arbitration (the "Motion to Dismiss," D.I. 23);

WHEREAS, on July 10, 2023, the Court issued a Memorandum (D.I. 56) and Order (D.I. 57, the "July 10 Order") dismissing Ms. Javice's First, Second, Fourth, and Sixth Counterclaims (July 10 Order at ¶ 2) and staying Ms. Javice's Third and Fifth Counterclaims (July 10 Order at ¶ 3);

WHEREAS, the July 10 Order requires Ms. Javice to initiate any arbitration in pursuit of her Third and Fifth Counterclaims on or before September 8, 2023 (July 10 Order at ¶ 4);

WHEREAS, on July 25, 2023, the United States filed a Motion to Intervene and Stay Discovery (D.I. 60) (the "Government's Motion") pending the resolution of criminal charges against Ms. Javice and Defendant Olivier Amar;

WHEREAS, on August 18, 2023, the Court issued an Order granting the Government's Motion (the "Stay Order");

WHEREAS, the Stay Order provides that "this case is STAYED pending resolution of the criminal matter in the United States District Court for the Southern District of New York" (Stay Order at 5);

WHEREAS, the undersigned parties wish to enter this stipulation and order to confirm their understanding that the deadline to initiate arbitration under the July 10 Order is stayed pending the duration of the Stay Order;

WHEREAS, the undersigned parties have solicited the position of the United States, which has reported that it does not have a position on this proposed stipulation, but that it would move to stay an arbitration initiated prior to the conclusion of the criminal case against Ms. Javice;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, as follows:

1. Ms. Javice's deadline to initiate arbitration pursuant to the July 10 Order is stayed.

2. The deadline otherwise applicable under Paragraph 4 of the July 10 Order is extended to no earlier than twenty-one days following such time as the stay is lifted.

DATED:  August 30, 2023.

 /s/ Jonathan A. Choa

OF COUNSEL:

Tibor L. Nagy, Jr.
Tracy O. Appleton
Jason A. Kolbe
DONTZIN NAGY & FLEISSIG LLP
980 Madison Avenue
New York, New York 10075
(212) 717-2900

William M. Regan
Allison M. Wuertz
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
(212) 918-3000

Peter J. Walsh, Jr. (#2437)
Michael A. Pittenger (#3212)
Jonathan A. Choa (#5319)
Carla M. Jones (#6046)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
mpittenger@potteranderson.com
pwalsh@potteranderson.com
jchoa@potteranderson.com
cjones@potteranderson.com

*Attorneys for Plaintiff / Counterclaim Defendant JPMorgan Chase Bank, N.A.*

 /s/ Michael A. Barlow

OF COUNSEL:

Alex Spiro
Maaren A. Shah
JP Kernisan
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Michael A. Barlow (#3928)
Samuel D. Cordle (#6717)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
barlow@abramsbayliss.com
cordle@abramsbayliss.com

*Attorneys for Defendant / Counterclaim Plaintiff Charlie Javice*

 /s/ Jacob R. Kirkham

OF COUNSEL:

Steven G. Kobre
Sean S. Buckley
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200

Jacob R. Kirkham (# 5768)
KOBRE & KIM LLP
600 North King Street, Suite 501
Wilmington, Delaware 19801
(302) 518-6460
Jacob.Kirkham@kobrekim.com

*Attorneys for Defendant Olivier Amar*

3

SO ORDERED this  31st  day of   August   , 2023

/s/ Joshua D. Wolson
_____
UNITED STATES DISTRICT JUDGE