## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLIE JAVICE, OLIVIER AMAR, )<br>CHARLIE JAVICE, in her capacity as Trustee )<br>of CHARLIE JAVICE 2021 IRREVOCABLE )<br>TRUST #1, CHARLIE JAVICE, in her capacity )<br>as Trustee of CHARLIE JAVICE 2021 )<br>IRREVOCABLE TRUST #2, and CHARLIE )<br>JAVICE in her capacity as Trustee of CHARLIE )<br>JAVICE 2021 IRREVOCABLE TRUST #3, )<br>)<br>Defendants. ) | C.A. No. 22-01621-JDW |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Jonathan A. Choa, Esquire, of Potter Anderson & Corroon LLP, hereby withdraws his appearance as counsel for Plaintiff JPMorgan Chase Bank, N.A ("Plaintiff"). All other counsel of record on behalf of Plaintiff remain in this case.

POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*
   Jonathan A. Choa (#5319)
   P.O. Box 951
   Wilmington, DE 19899
   (302) 984-6000
   jchoa@potteranderson.com

Dated: December 29, 2023         *Attorneys for Plaintiff*