# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01621-MN |
| | ) |
| CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Samuel D. Cordle, Esq., pursuant to D. Del. L.R. 83.7, hereby withdraws his appearance as counsel for Defendant and Counterclaim Plaintiff Charlie Javice. All other counsel of record on behalf of Ms. Javice remain in this case.

          */s/ Samuel D. Cordle*
          Samuel D. Cordle (#6717)
          ABRAMS & BAYLISS LLP
          20 Montchanin Drive, Suite 200
          Wilmington, Delaware 19807
          (302) 778-1000
          cordle@abramsbayliss.com

          *Attorney for Defendant / Counterclaim Plaintiff Charlie Javice*

Dated: January 22, 2024