## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-01621-JDW |
| | ) |
| CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## **ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Tyler E. Cragg, Esquire, of Potter Anderson & Corroon LLP, as counsel for Plaintiff JPMorgan Chase Bank, N.A.

*[Signature follows on next page]*

| | |
|---|---|
| OF COUNSEL:<br><br>William M. Regan<br>Allison M. Wuertz<br>Hogan Lovells US LLP<br>390 Madison Avenue<br>New York NY 10017<br>(212) 918-3060 – Telephone<br>william.regan@hoganlovells.com<br>allison.wuertz@hoganlovells.com<br><br>Tibor L. Nagy, Jr.<br>Tracy O. Appleton<br>NAGY WOLFE APPLETON LLP<br>31 East 62nd Street<br>New York, NY 10065<br>(646) 494-4900 – Telephone<br>tibor@nagylaw.com<br>tracy@nagylaw.com<br><br>Dated:  January 23, 2025 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Tyler E. Cragg*<br>      Peter J. Walsh, Jr. (#2437)<br>      Michael A. Pittenger (#3212<br>      Carla M. Jones (#6046)<br>      Tyler E. Cragg (#6398)<br>      Hercules Plaza, 6th Floor<br>      1313 North Market Street<br>      P.O. Box 951<br>      Wilmington, DE  19899-0951<br>      (302) 984-6000 – Telephone<br>      pwalsh@potteranderson.com<br>      mpittenger@potteranderson.com<br>      cjones@potteranderson.com<br>      tcragg@potteranderson.com<br><br>*Attorneys for Plaintiff JPMorgan Chase Bank, N.A.* |