IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-01621-JDW |
| | ) |
| CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Jason Kolbe, formerly of DNF LLP, hereby withdraws his appearance as counsel for Plaintiff JPMorgan Chase Bank, N.A ("Plaintiff"). All other counsel of record on behalf of Plaintiff remain in this case.

*[Signature follows on next page]*

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| William M. Regan<br>Allison M. Wuertz<br>Hogan Lovells US LLP<br>390 Madison Avenue<br>New York NY 10017<br>(212) 918-3060 – Telephone<br>william.regan@hoganlovells.com<br>allison.wuertz@hoganlovells.com | By: */s/ Tyler E. Cragg*<br>Peter J. Walsh, Jr. (#2437)<br>Michael A. Pittenger (#3212<br>Carla M. Jones (#6046)<br>Tyler E. Cragg (#6398)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br>(302) 984-6000 – Telephone<br>pwalsh@potteranderson.com<br>mpittenger@potteranderson.com<br>cjones@potteranderson.com<br>tcragg@potteranderson.com |
| Tibor L. Nagy, Jr.<br>Tracy O. Appleton<br>NAGY WOLFE APPLETON LLP<br>31 East 62nd Street<br>New York, NY 10065<br>(646) 494-4900 – Telephone<br>tibor@nagylaw.com<br>tracy@nagylaw.com | *Attorneys for Plaintiff JPMorgan Chase Bank, N.A.* |

Dated:  January 23, 2025