## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-01621-JDW |
| | ) |
| CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS OF TIBOR L. NAGY, JR.

PLEASE TAKE NOTICE that, effective immediately, Tibor L. Nagy, Jr. has changed his firm affiliation from DNF LLP to NAGY WOLFE APPLETON LLP. Mr. Nagy is admitted *pro hac vice* for Plaintiff JP Morgan Chase Bank, N.A. His new firm information and email address is as follows:

Tibor L. Nagy, Jr.
NAGY WOLFE APPLETON LLP
31 East 62nd Street
New York, NY 10065
(646) 494-4900
tibor@nagylaw.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: */s/ Tyler E. Cragg* |
| William M. Regan | Peter J. Walsh, Jr. (#2437) |
| Allison M. Wuertz | Michael A. Pittenger (#3212 |
| Hogan Lovells US LLP | Carla M. Jones (#6046) |
| 390 Madison Avenue | Tyler E. Cragg (#6398) |
| New York NY 10017 | Hercules Plaza, 6th Floor |
| (212) 918-3060 – Telephone | 1313 North Market Street |
| william.regan@hoganlovells.com | P.O. Box 951 |
| allison.wuertz@hoganlovells.com | Wilmington, DE 19899-0951 |

Tibor L. Nagy, Jr.
Tracy O. Appleton
NAGY WOLFE APPLETON LLP
31 East 62nd Street
New York, NY 10065
(646) 494-4900 – Telephone
tibor@nagylaw.com
tracy@nagylaw.com

(302) 984-6000 – Telephone
pwalsh@potteranderson.com
mpittenger@potteranderson.com
cjones@potteranderson.com
tcragg@potteranderson.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A.*

Dated: January 23, 2025

2