## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-01621-JDW |
| | ) |
| CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF LAW FIRM
## AFFILIATION AND ADDRESS OF TRACY O. APPLETON

PLEASE TAKE NOTICE that, effective immediately, Tracy O. Appleton has changed her firm affiliation from DNF LLP to NAGY WOLFE APPLETON LLP.  Ms. Appleton is admitted *pro hac vice* for Plaintiff JP Morgan Chase Bank, N.A.  Her new firm information and email address is as follows:

<div align="center">
Tracy O. Appleton<br>
NAGY WOLFE APPLETON LLP<br>
31 East 62nd Street<br>
New York, NY 10065<br>
(646) 494-4900<br>
tracy@nagylaw.com
</div>

<div style="display:flex">
<div>

OF COUNSEL:

William M. Regan
Allison M. Wuertz
Hogan Lovells US LLP
390 Madison Avenue
New York NY 10017
(212) 918-3060 – Telephone
william.regan@hoganlovells.com
allison.wuertz@hoganlovells.com

Tibor L. Nagy, Jr.
Tracy O. Appleton
NAGY WOLFE APPLETON LLP
31 East 62nd Street
New York, NY 10065
(646) 494-4900 – Telephone
tibor@nagylaw.com
tracy@nagylaw.com

Dated:  January 23, 2025

</div>
<div>

POTTER ANDERSON & CORROON LLP

By: */s/ Tyler E. Cragg*
    Peter J. Walsh, Jr. (#2437)
    Michael A. Pittenger (#3212
    Carla M. Jones (#6046)
    Tyler E. Cragg (#6398)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE  19899-0951
    (302) 984-6000 – Telephone
    pwalsh@potteranderson.com
    mpittenger@potteranderson.com
    cjones@potteranderson.com
    tcragg@potteranderson.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A.*

</div>
</div>