# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> CHARLIE JAVICE, OLIVIER AMAR, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #1, CHARLIE JAVICE, in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #2, and CHARLIE JAVICE in her capacity as Trustee of CHARLIE JAVICE 2021 IRREVOCABLE TRUST #3, <br><br> Defendants. | Case No. 1:22-cv-01621-JDW |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that counsel for Defendant Olivier Amar hereby withdraw the appearance of Sean S. Buckley, formerly of Kobre & Kim LLP. All other counsel of record on behalf of Mr. Amar remain the same.

Dated: June 17, 2025

Respectfully submitted,

*/s/ Jacob R. Kirkham*
Jacob R. Kirkham (#5768)
Kobre & Kim LLP
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 518-6460
Facsimile: (302) 518-6461
Jacob.Kirkham@kobrekim.com